JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BISCHEL, BISCHEL EXCAVATION, INC. DBA RBSI EXCAVATION, INC., <br><br>Plaintiffs, <br><br>v. <br><br>RLI INSURANCE COMPANY and DOES 1 through 25 inclusive, <br><br>Defendants. | Case No. 2:23-cv-05397 RGK (MAAx) <br><br>**ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

Having considered the stipulation of counsel and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that the within action is hereby dismissed WITH PREJUDICE in its entirety as to all parties. The Court shall retain jurisdiction to enforce the settlement agreement. Each of the parties is to bear its own attorney's fees and costs with respect to this action only.

Date: 10/30/2023

*/s/ Gary Klausner*
Hon. R. Gary Klausner
United States District Court Judge

ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE
1